UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MICHAEL CHARLEMAGNE | |
| Plaintiff, | CIVIL ACTION NO. 3:20-CV-02136 |
| v. | (MEHALCHICK, M.J.) |
| POCONO MOUNTAIN REGIONAL POLICE, et al., | |
| Defendants. | |

**ORDER**

**AND NOW**, this 23rd day of March, 2021, in accordance with the Memorandum filed concurrently herewith, it is hereby ORDERED that, having determined that Plaintiff's complaint (Doc. 1) fails to state a claim upon which relief can be granted, Plaintiff is hereby granted leave to file an amended complaint within **30 days** from the date of this Order, on or before **April 22, 2021**.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**